## ADA Accommodation Request for 25MGC-3077

From: Alyssa Daniels (alyssa0811@att.net)
To: adacoordinator@forsythco.com
Cc: mindsatwork333@yahoo.com
Bcc: adacoordinator@forsythco.com.readnotify.com
Date: Thursday, July 31, 2025 at 12:43 PM EDT



EXHIBIT "C"


Kevin White - ADA Accommodation Request Form Executed.pdf
454.2 kB



# FORSYTH COUNTY GOVERNMENT
## ADA ACCOMMODATION REQUEST FORM

This form may be used by any member of the public or guest of Forsyth County Government to request a disability-based accommodation(s) to access a Forsyth County Government sponsored program, service, facility, or activity. Every effort will be made by Forsyth County Government to provide a reasonable accommodation, unless doing so will fundamentally alter the nature of the program, service, or activity, or the accommodation would impose an undue financial or administrative burden on the County.

*Forsyth County asks that you submit this form at least 72 hours prior to the Forsyth County Government sponsored program, service, or activity you would like to attend.* Please submit the completed form to the address or email below.

Address: Department of Public Facilities        or        Email: adacoordinator@forsythco.com
Attn: ADA Coordinator
514 West Maple Street, Suite 1201
Cumming, Georgia   30040

**Name of person needing/requesting a reasonable accommodation** ___Kevin White___
Address: __c/o 5480 Lacebark Pine Court, Cumming, Georgia [30040]__
Telephone - Home: _____   Cell: __770-530-0368__   Email: __mindsatwork333@yahoo.com__

**Person making request (if other than person who needs accommodation)**
Name: __Kevin White and Alyssa Daniels__
Relationship to person requesting accommodation: __Wife__
Telephone - Home: _____   Cell: __470-265-1340__   Email: __alyssa0811@att.net__

State what Forsyth County Government program, service, facility, or activity and, if applicable the date, which is the subject of your request:
__Magistrate Court, Case# 25MGC - 3077 in regards to all special appearances / hearings. There is a hearing scheduled for August 26, 2025 at 9:00 AM.__

What are the functional limitations (i.e., what activities does your disability limit?)
__Difficulty processing complex legal language and court procedures in real time. In-person settings trigger cognitive overload and impair communication. Require remote appearance and limited support to ensure effective participation.__

I am requesting the following accommodation(s):
[ ] Wheelchair access                    [ ] Mobility impairment accommodation
[ ] Modification of policy or procedures  [ ] Assistive listening device
[ ] Written material in alternate format  [ ] Sign language interpreter
[X] Other: Pursuant to the Americans with Disabilities Act [42 U.S.C. 12131 et seq. and 28 C.F.R. 35.130] I request remote special appearance via video due to medical limitations. Presence of my wife as a non-attorney support person & witness. Permission to request clarification of legal terms during hearings. Use of plain-language communication where feasible.

Please provide any additional details that may support or assist in the accommodation process:
I request my wife, Alyssa Daniels be permitted to assist me during the proceeding as a non-attorney support person. She has direct, first-hand knowledge of the facts of the case, participated in relevant correspondence, and assisted with document organization and factual preparation. Her presence is necessary to assist with communication, emotional regulation, and understanding of the proceedings, consistent with reasonable accommodations under 28 C.F.R. § 35.160(b)(2).

If you have any questions or require assistance with this form, please contact the
Forsyth County ADA Coordinator at (470) 208-4143 or email: adacoordinator@forsythco.com

Kevin White
c/o 5480 Lacebark Pine Court
Cumming, Georgia [30040]
Mindsatwork333@yahoo.com
Phone: 770-530-0368

**July 30, 2025**

**ADA Coordinator**
Forsyth County Government
110 E. Main Street, Suite 210
Cumming, GA 30040

**RE: Supplement to ADA Accommodation Request Form – Case No. 25MGC – 3077**
Court: Magistrate Court of Forsyth County, GA
Hearing Date: August 26, 2025 at 9:00 AM

To the Forsyth County ADA Coordinator and Honorable Magistrate Court:

I am submitting this letter as a supplemental statement to accompany my ADA Accommodation Request Form submitted for the above-captioned case. I respectfully ask that the following points be taken into consideration to ensure full and equal access to the judicial process as required under the Americans with Disabilities Act (42 U.S.C. § 12131 et seq.) and its implementing regulations at 28 C.F.R. Part 35:

**1. Remote Appearance Request**

Due to my disability, which substantially limits my ability to participate in high-stress, in-person environments, I respectfully request to appear via remote audio-visual technology (Zoom, WebEx, or other court-approved platform) for the hearing currently scheduled on August 26, 2025 at 9:00 AM, and for all related proceedings. This request is made pursuant to 28 C.F.R. § 35.160 and § 35.164.

**2. Support Person for ADA Assistance**

Permission for my wife, who holds my <u>Power of Attorney</u>, to assist. I respectfully request that my wife, Alyssa Daniels, be permitted to assist me during the proceeding as a non-attorney support person. She has direct, first-hand knowledge of the facts of the case, has participated in relevant correspondence, and has assisted with document organization and factual preparation. Her presence is necessary to assist with communication, emotional regulation, and understanding of the proceedings, consistent with reasonable accommodations under 28 C.F.R. § 35.160(b)(2).

**3. Communication Accommodation – Legal Language Barrier**

I also request an accommodation for functional difficulty in understanding legal terminology ("legalese"). While I am otherwise articulate and literate, I do not fluently comprehend complex legal jargon or procedural language. Accordingly, I respectfully request:

- That court instructions, notices, and communications be provided in plain-language form where feasible;
- That I be allowed to request clarification of unfamiliar terms during the hearing without prejudice;

- That my support person be allowed to help me interpret legal language in real time during the proceeding.

This request is made in good faith and is not intended to delay or obstruct the proceeding but to ensure my full and equal access as required under 28 C.F.R. § 35.160 and related guidance. I am available to provide additional documentation or sworn statements upon request.

Thank you for your time, consideration, and compliance with federal accessibility obligations.

Respectfully,

Kevin-Preston, White

**Attachments:**

Forsyth County ADA Request Form

Declaration of Support and First-Hand Knowledge

VA Disability Letter

# IN THE MAGISTRATE COURT OF FORSYTH COUNTY
# STATE OF GEORGIA

**FNBO**
    Plaintiff,

v.                                        **CASE NO.: 25MGC - 3077**

**Kevin White**
    Defendant.

---

## DECLARATION OF SUPPORT AND FIRST-HAND KNOWLEDGE

---

I, Alyssa Daniels being of lawful age, competent to testify, and under oath, hereby state and affirm as follows:

1. I am the lawful spouse of the Defendant in the above-captioned matter, Alyssa Dionne Daniels and I am an inhabitant with him in the area and location commonly known as 5480 Lacebark Pine Court, Cumming, Georgia [30040].

2. I have first-hand knowledge of the facts giving rise to the above-captioned case and have been directly involved in all material communications and correspondence with First National Bank of Omaha (FNBO) and its agents. These communications include but are not limited to written disputes, notices, and requests made in good faith in relation to the subject account.

3. I have assisted in conducting research and reviewing credit account records, and have drafted letters and legal correspondence in collaboration with my husband. My participation has been active, continuous, and personally undertaken with direct knowledge of the documents and factual basis for said communications.

4. I do not intend to act as legal counsel or engage in the practice of law. I respectfully request that the Court permit me to be present during all proceedings to assist the Defendant in organizing records, clarifying facts, and supporting his full participation—particularly in light of his ongoing request for a reasonable accommodation under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12131 et seq.

5. Due to the Defendant's disability, I request permission to serve as a support person under the ADA, as authorized by 28 C.F.R. §§ 35.130, 35.160, and 35.164, for the limited purpose of aiding comprehension, communication, and presentation of facts in a non-representational capacity.

6. I declare that the contents of this affidavit are true and correct to the best of my knowledge, and that my participation is limited to factual support and reasonable assistance consistent with lawful accommodation and court protocol.

FURTHER DECLARANT SAYETH NOT.

## DECLARATION UNDER PENALTY OF PERJURY

I solemnly declare and affirm, under penalty of perjury under the laws of the United States of America and the State of Georgia, that the foregoing is true, correct, and complete to the best of my personal knowledge, understanding, and belief. This Declaration is made in good faith, without prejudice, and with full reservation of rights.

Executed this 30TH day of July, 2025.

_Alyssa Dionne Daniels, Agent_
Alyssa Dionne Daniels, Declarant
All Rights Reserved, Without Prejudice

## NOTARY ACKNOWLEDGMENT

**State of Georgia**

**Forsyth County**

Sworn to and subscribed before me this 30th day of July, 2025, by Alyssa Dionne Daniels.

_____
Notary Public

My Commission Expires: 8-30-28

OFFICIAL SEAL
VISHAL PATEL
NOTARY PUBLIC-GEORGIA
FORSYTH COUNTY
My Comm. Expires 08/30/2028

Page 3 of 3



# DEPARTMENT OF VETERANS AFFAIRS

July 30, 2025

Kevin Preston White
5480 Lacebark Pine Ct
Cumming, GA 30040

Dear Kevin White:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-7543

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | August 22, 1989 | August 25, 1992 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 80% |
| **You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities:** | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.va.gov.

- Call us at 1-800-827-1000.

- Contact us using Telecommunications Relay Services (TTY) at 711 24/7.

- Send electronic inquiries through the Internet at https://www.va.gov/contact-us.


Sincerely Yours,

**Regional Office Director**

