8/22/25, 3:44 PM  AT&T Yahoo Mail - RE: ADA Accommodation Request for 25MGC-3077.

Case 2:25-cv-00259-RWS-AWH    Document 1-4    Filed 08/25/25    Page 1 of 1

## RE: ADA Accommodation Request for 25MGC-3077.

From: ADA Coordinator (adacoordinator@forsythco.com)
To: alyssa0811@att.net
Cc: mindsatwork333@yahoo.com
Date: Thursday, July 31, 2025 at 02:09 PM EDT

EXHIBIT "D"

Good afternoon, Mrs. Daniels.
Pursuant to your recent request, please be advised that, as the matter pertains to a scheduled court hearing and involves multiple items that fall within the discretion of the presiding Judge, it must be submitted formally through the Magistrate Court for proper judicial review.
Kindly direct your request to the Court in writing, in accordance with established procedures. Upon receipt, the Court will review the request and address any accommodations deemed appropriate.
Please contact me if you have any questions.

Sincerely,

**Debbie Lindstrom,** ADAC | ADA Coordinator
Forsyth County Department of Public Facilities
514 West Maple Street, Suite 1201 | Cumming, Georgia 30040
(770) 205-4550 ext. 3819 *Office* | (470) 208-4143 Mobile
forsythco.com | Your Community. Your Future.



Mental Health
FIRST AIDER

*This email message is delivered from a Forsyth County government email account and therefore may be subject to disclosure under the State Open Records Act O.C.G.A 50-18-70, et. seq. Any response to this email may also be subject in whole or part to production under the State Open Records Act. That fact notwithstanding, and because this email may otherwise contain confidential or privileged information, if you are not the intended recipient you should not read, disseminate, distribute or copy this email or attachments. If you have received this email in error, please notify the sender immediately and delete this email and attachments from your system.*

**From:** Alyssa Daniels <alyssa0811@att.net>
**Sent:** Thursday, July 31, 2025 12:44 PM
**To:** ADA Coordinator <ADACoordinator@forsythco.com>
**Cc:** Kevin P. White <mindsatwork333@yahoo.com>
**Subject:** ADA Accommodation Request for 25MGC-3077.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[]Error! Filename not specified.