https://recordings.tapeacall.com/t/Xf9yaBSmW7_u

EXHIBIT
"E"

00:33
Speaker 1
 This is Barbara.

00:35
Speaker 2
 How can I help you? Yes, may I please speak with Ms. Reed? Yes, can I

00:41
Speaker 1
 let her know who's calling?

00:43
Speaker 2
 Uh, Alisa Daniels,

00:45
Speaker 1
 OK, just a moment.

00:47
Speaker 2
 Mhm. No.

01:12
Speaker 1
 This is Mindy. Can I help you?

01:16
Speaker 2
 Uh, yeah, I'm this week.

01:18
Speaker 1
 I'm sorry,

01:19
Speaker 2
 I'm looking for Mrs. Reed, R E E D.

01:23
Speaker 1
 This is Mindy. How can I help you?

01:25
Speaker 2
 Uh, hi, um, the ADA coordinator, uh, told me to get with you regarding, uh, an ADA
request, so we follow the instructions, um, and regarding the request and. She says

that the request don't come to her. This request doesn't. I'm having a hard time understanding. So she's having a coordinator, yes.

01:52
Speaker 1
 What's your case number,

01:54
Speaker 2
 ma'am? It's 25 MGC. 3077.

02:03
Speaker 1
 One moment please. Uh, First National Bank versus Kevin White.

02:13
Speaker 2
 Yes,

02:14
Speaker 1
 OK, how can I assist you?

02:17
Speaker 2
 Uh, do I send the request to you? The ADA request? She said it doesn't come to her.

02:25
Speaker 1
 What, what are you requesting?

02:28
Speaker 2
 I. Here, let me read it to you. Let me try to grab my laptop. It's a 9 page document, so um are you. I'd rather just give it to you if you're the coordinator that it goes to. I'd rather just send it to you. OK,

02:50
Speaker 1
 you'll need to file a formal motion into the case with your request. You can do that by using Odysseyefile GA.com.

03:00
Speaker 2
 OK, and does that remain private and confidential, or does the opposing party automatically get that Americans with disability request?

03:09
Speaker 1
 Anything that you, any request that you file under the court is public record.

03:15
Speaker 2
 OK, and so this is why the instructions said to go to the Americans with Disability
coordinator because it was not to be made public. So. I feel like we're just being
bounced around here with instructions.

03:32
Speaker 1
 If. you're trying to call motions in the court for a special request, you'll need
to do so formally.

03:38
Speaker 2
 It's a it's not a motion. It's not a motion. It's American with Disabilities Act
request and that form is on your website. And there is was specific instructions on
who those requests go to. Now she's saying she doesn't get them.

03:54
Speaker 1
 What, yeah,

03:54
Speaker 2
 so

03:54
Speaker 1
 if you. file that into the court, into your court case, we'll pull it and give it
to the judge for formal review.

04:01
Speaker 2
 OK, but why does it have to be made public? Is what why does our medical
information have to be made public is what I'm asking you because

04:11
Speaker 1
 you don't need. to include your medical information and your motion.

04:15
Speaker 2
 But the Americans with Disabilities Act accommodation has medical information in
the request because it's. Specifically ask what your limitations are and why you're
making the request so that is divulging your medical information.

04:31
Speaker 1
 What what are you requesting of the court?

04:34
Speaker 2
 I, I will send it to you. I'll, I'll send it to you. It's like 9 pages long

04:38
Speaker 1
 I assist you, but I can't assist you until I know what you're requesting of the
court.

04:43
Speaker 2
 Here, let me read it to you. I don't understand why you asked for this thing in
writing and then you won't take it in writing. I got to power my laptop up.

05:14
Speaker 1
 That's fine.

06:18
Speaker 2
 OK, so it says this form may be used by any member of the public or guest of
Forsyth County government to request a disability-based accommodation to access a
Forsyth County government sponsored program, service facility, or activity. Every
effort will be made by Forsyth County government to provide reasonable accommodation
unless doing so will fundamentally alter the nature of the program, service, or
activity or the accommodation would impose an undue financial or administrative
burden on the county. Forsyth County asks that you submit this form at least 72
hours prior to the Forsyth government sponsored program, service, or activity. That
you would attend please submit a completed form to the address or email below. The
address is the public facilities attention ADA coordinator at 514 West Maple Street.
And their email address ADA coordinator at Forsyth County.com. So the name of the
person needing or requesting a reasonable accommodation is Kevin White. His address
is here. Should I take that? Do do you want that as well? 5480?

07:30
Speaker 1
 Just, just tell me what it is you're requesting the court so that I can assist you.

07:34
Speaker 2
 OK, so pursuant, here's the request pursuant to the Americans with Disabilities Act
Title 14 USC 12 131 and 28 CFR 35.130. We request remote appearance via video due to
medical limitations, presence of my wife as a non-attorney support person and
witness, permission to request clarification of legal terms during hearings, use of
plain language communications where feasible. I request that my wife Alisa Daniels
be permitted to assist me during the proceeding as a non-attorney support person.
She has direct firsthand knowledge of the facts of the case, participated in
relevant correspondence and assisted with document organization and factual
preparation. Her presence is necessary to assist with communication, emotional
regulation. And understanding of the proceedings consistent with reasonable

accommodation under 28 CFR 35.10 section B2. And then here's the letter. I submit this letter as a supplemental statement to accompany my ADA accommodation and VA disability form attached. For the above caption case, I respectfully ask that the following points be taken into consideration to ensure full and equal access to the judicial process as required under the Americans with Disabilities Act Title 14, Section 12131 and its implementing regulations at 28 CFR Part 35. Due to my disability, which substantially limits my ability to participate in high stress in-person environments, I respectfully request to appear by a remote audio visual technology for the hearing currently scheduled for August 25th at 9:00. a.m. So

09:29
Speaker 1
 what, so what, what you need to do is um get with Mr. White and you can type it up on a um. On a word document have him sign it.

09:38
Speaker 2
 You'll put the

09:39
Speaker 1
 case

09:39
Speaker 2
 OK

09:41
Speaker 1
 but you're gonna this is what you need to file a formal motion, so you're gonna put the case number, the style of the case. And then he'll need to put that he's request in the case um. A virtual hearing uh due to hardship.

09:59
Speaker 2
 Now his DA disability uh letter is in here as well.

10:07
Speaker 1
 You don't have to attach that to the motion, um, it just needs to be the motion that he's requesting a virtual hearing um due to hardship, um, and when his court date is and he'll just need to sign it and put his contact information where we can get in touch with him. And then we'll give that once we receive that, we'll give it to the judge to review.

10:33
Speaker 2
 OK, so he just needs to upload it in the case,

10:35

Speaker 1
 yes, ma'am, yes

10:37
Speaker 2
 ma'am,

10:38
Speaker 1
 but don't upload that other information with it.

10:41
Speaker 2
 Well, because it we we're gonna upload the entire ADA accommodation form because I
have to make sure that it's, it's. Um, under the American with Disabilities Act
because he has an 80% documented disability. And we have the proof of that as well.

11:00
Speaker 1
 Make sure there's no, OK, anything you wanna attach, just make sure that there's no
date of birth and social security numbers that entered in that or react that from
your documents.

11:12
Speaker 2
 OK.

11:14
Speaker 1
 And if you want to e-file that we can get it directly and you call me back to
confirm that you received that plus you'll get notification as soon as this e-file
that has been filed with the court then we'll take that and we'll give that to the
judge to review.

11:29
Speaker 2
 OK, so he just needs a cover letter saying it's a a motion to do what?

11:34
Speaker 1
 A motion for a virtual hearing.

11:37
Speaker 2
 Not a motion for Americans with disabilities request.

11:43
Speaker 1
 Uh, wanna attach the additional information you can, but we need a formal motion
for.

11:50
Speaker 2
 OK, alright, thank you.

11:52
Speaker 1
 You're welcome

11:53
Speaker 2
 bye

11:54
Speaker 1
 bye bye.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA, GAINESVILLE DIVISION

**FIRST NATIONAL BANK OF OMAHA,**
*Plaintiff,*

v.                                                    CIVIL ACTION NO. _____

**KEVIN WHITE** and **ALYSSA DANIELS,**
*Defendants/Federal Counter-Plaintiffs,*

---

# DECLARATION OF ALYSSA DANIELS FOR AUTHENTICATION OF AUDIO RECORDING

---

I, **ALYSSA DANIELS**, hereby declare under penalty of perjury under the laws of the United States, pursuant to **Pub. L. No. 94-550, 90 Stat. 2534, codified as [28 U.S.C. § 1746]**, that the following is true and correct:

**1.** I am over 18 years of age, competent to testify, and have personal knowledge of all facts stated herein.

**2.** On **July 31, 2025, at approximately 2:43 PM EDT**, I placed a telephone call to the Forsyth County Magistrate Court at **(770) 781-2211** regarding Case No. 25MGC-3077.

**3.** I used my personal iPhone XR to make this call and activated the Tape-A-Call Pro recording feature, recording the entire conversation from connection to termination.

**4.** The call was transferred to **Melinda "Mindy" Reed,** who identified herself as Administrative Supervisor for the Forsyth County Magistrate Court.

**5. Recording Details**: iPhone XR, iOS 18.2, Tape-A-Call Pro (Version 4.1.2), .mp3 format, 11 minutes 56 seconds duration, 2.7 MB file size.

**6. Chain of Custody**: I have maintained continuous custody of the recording since creation. The recording is stored on my phone, automatically backed up to Tape-A-Call Pro cloud server, and I have created a local backup copy.

**7. Access Control**: I have only shared access to this recording with Kevin White. Tape-A-Call Pro has server access which I cannot control.

**8.** No portions of the recording were edited, altered, or deleted. The recording quality is clear and audible throughout.

**9.** The recorded conversation contains factual statements by Reed including:

- **"Anything that you, any request that you file under the court is public record"**
- **"[Kevin] would need to file a formal motion"** (regarding ADA accommodation)
- **"Don't upload that other information"** (referring to medical documentation)

**10.** I created and verified a transcript using Tape-A-Call Pro's transcription feature. The transcript accurately reflects the conversation's substance and content.

**11. Georgia Law Compliance:** Georgia is a one-party consent state under Ga. Laws 1978, p. 372, codified as [O.C.G.A. § 16-11-66(a)]. As a participant, I had lawful authority to record without the other party's consent.

**12. Federal Evidence Compliance**: This declaration satisfies **Fed. R. Evid. 901(a)** authentication requirements. The recording is relevant under **Fed. R. Evid. 401** and contains statements by court personnel that may qualify as admissions under **Fed. R. Evid. 801(d)(2)(D)**.

**13.** The audio recording is submitted via:

- **Tape-A-Call cloud link**: https://recordings.tapeacall.com/t/Xf9yaBSmW7_u
- **QR Code access:** 

- **Backup copy available by download or** upon court request

**14.** I am competent to authenticate this recording because I was present during the conversation, operated the recording device, can identify the voices, and have maintained custody of the recording.

**15.** I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief pursuant to **Pub. L. No. 94-550, 90 Stat. 2534, codified as [28 U.S.C. § 1746].**

Executed this 25TH day of **August, 2025, at Cumming, Georgia.**

*Alyssa Daniels*

**ALYSSA DANIELS**

Declarant/Federal Counter-Plaintiff, Pro Se

---

# NOTARIZATION

**STATE OF GEORGIA**
**COUNTY OF FORSYTH**

Subscribed and sworn to before me this 25 day of August, 2025.

**Notary Public**

My Commission Expires: 03/20/2029

SRIVANI KOTHA
MY COMMISSION EXPIRES
NOTARY PUBLIC
03/20/2029
FORSYTH COUNTY, GEORGIA
[NOTARY SEAL]