# JARRARD & DAVIS, LLP

222 WEBB STREET
CUMMING, GEORGIA 30040

KEN E. JARRARD
PARTNER
KJARRARD@JARRARD-DAVIS.COM

PHONE: 678-455-7150
FAX: 678-455-7149
WWW.JARRARD-DAVIS.COM

---

August 13, 2025

EXHIBIT "F"

**VIA EMAIL & U.S. MAIL**

Kevin White
Alyssa Daniels
5480 Lacebark Pine Court
Cumming, Georgia 30040
mindsatwork333@yahoo.com

Re:   Various ADA-related communications to Forsyth County - 25MGC-3077

Mr. White/Ms. Daniels,

This office serves as Legal Counsel for Forsyth County, Georgia (the "County"). I have received and reviewed your communications with the County's ADA Coordinator Debbie Lindstrom and also reviewed your August 12 "Formal Notice of Removal Intent" that appears linked to a pending Magistrate Court matter, First National Bank of Omaha v. Kevin White 25MGC-3077. As this office represents Forsyth County and Ms. Lindstrom, please direct all future correspondence regarding your claims against Ms. Lindstrom or the County to this office.

I trust the information provided here will help clarify the issues you have raised.

While the Forsyth County Magistrate Court is located in the County, it functions as part of the State's unified court system. The Georgia State Constitution establishes that Magistrate Courts are State Courts. Section 1, Paragraph I of the State of Georgia Constitution states that "The judicial power of the state shall be vested exclusively in the following classes of courts: magistrate courts, probate courts, juvenile courts, state courts, superior courts, Court of Appeals, and Supreme Court." Paragraph II further states: "All courts of the state shall comprise a unified judicial system."

Magistrate Courts are overseen by the State of Georgia through the Judicial Council of Georgia, an office within the State of Georgia Administration Office of the Courts. You may find more information on the Judicial Council's website at https://georgiacourts.gov/.

The County's role regarding the Magistrate Court is limited, to include providing suitable offices and courtrooms, along with the necessary fixtures, supplies, and equipment for the proper functioning of the Court (see O.C.G.A. § 15-10-5). However, governance and control over internal courtroom procedures, including accommodation during hearings, are uniquely the responsibility of the Chief Magistrate. I am fully confident that the Chief Magistrate will give your concerns the

JARRARD & DAVIS, LLP
Page 2 of 2

thoughtful attention they deserve and any issues regarding ADA accommodation during a hearing will be addressed in full conformance with the law.

Your "Notice of Removal" states that Ms. Lindstrom:

- Illegally delegated non-delegable federal ADA coordination duties to judicial officers on July 31, 2025
- Refused to perform federally mandated ADA coordination responsibilities
- Created individual liability under 42 U.S.C. § 1983 (civil rights violations under color of law) based on the case Gorman v. Bartch, 152 F.3d 907 (8th Cir. 1998)
- Failed to respond to August 5, 2025 accommodation request
- Engaged in a pattern of systematic ADA non-compliance requiring federal intervention

All of your allegations are expressly denied. In light of the seriousness of the charges you have presented - I strongly urge you to retain legal counsel to advise you. Should claims of any kind be advanced against the County and/or Ms. Lindstrom, the County will respond accordingly and seek all remedies available under law.

You are hereby advised that the manner in which the hearing is conducted, scheduled, or related internal courtroom issues fall under the jurisdiction and discretion of the Chief Judge. We trust this letter clarifies the incorrect claims made against Forsyth County and ADA Coordinator Debbie Lindstrom. As stated previously, to the extent you seek to further engage on this issue with Forsyth County, direct all such communications to my attention.

Sincerely,

**JARRARD & DAVIS, LLP**

Ken E. Jarrard

KEJ/dkr
Cc: Douglas L. Brooks, P.C., via email
Debbie Lindstrom, Forsyth ADA Coordinator, via email
Charity Clark, Forsyth County Director, Office of Personnel Services, via email