# ▶ Dovenmuehle

CERTIFIED MAIL

EXHIBIT "G"

July 3, 2025

Kevin White
5480 Lacebark Pine Ct.
Cumming, GA 30040

Re: Employment

Dear Kevin White:

We regret to inform you that we found it necessary to reject your application for employment. This decision was influenced by information contained in a consumer background investigation report made, at our request, by

> Experian
> 475 Anton Blvd.
> Costa Mesa, CA 92626
> Toll Free (800) 333-4390

We have previously mailed you a copy of this report.

Experian did not make the adverse decision and cannot provide the reason for the decision. You may obtain a free copy of the report within 60 days and you have the right to dispute the accuracy of the information with Experian.

We appreciate your interest in Dovenmuehle Mortgage, Inc. and wish you well in your search for suitable employment.

Sincerely,

*[signature]*

HR Coordinator, Human Resources
Dovenmuehle Mortgage, Inc.

---

Dovenmuehle Mortgage, Inc.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

NMLS ID 2481
847-550-7300
Dovenmuehle.com

**▶ Dovenmuehle**

1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

CERTIFIED MAIL

7017 1000 0000 3965 8117

CAROL STREAM IL 601
JUL 2025 PM 1
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 60047 $ 009.64
02 4W
0000391273 JUL. 03. 2025

ADDRESS SERVICE REQUESTED

Kevin White
5480 Lacebark Pine Ct.
Cumming, GA 30040

30040-361180

# ▌❭ Dovenmuehle

CERTIFIED MAIL

June 26, 2025

Kevin White
5480 Lacebark Pine Ct.
Cumming, GA 30040

RE: Employment

Dear Kevin White:

In connection with your application for employment, Dovenmuehle Mortgage, Inc. has obtained a consumer report made, at our request, by

> Experian
> 475 Anton Blvd.
> Costa Mesa, CA 92626
> Toll Free (800) 333-4390

A copy of the report that we have obtained is enclosed. Also enclosed is a summary of your rights under the Federal Fair Credit Reporting Act.

If you have any questions about this report, please contact Experian at the above address and telephone number.

Sincerely,

*[signature]*

HR Coordinator, Human Resources
Dovenmuehle Mortgage, Inc.

Enclosure

---

**Dovenmuehle Mortgage, Inc.**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

**NMLS ID** 2481
847-550-7300
Dovenmuehle.com



Account closed at credit grantor's request

*FNB OMAHA / 0203010 / BC - Bank Credit Cards

| Open Date | Credit Limit | Charge Off Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | $9,400 | $10,315 | 04/2025 | $10,315 | 08/26/2024 | 05/28/2025 | $10,315 |

| | | | | |
|---|---|---|---|---|
| Account Condition: | Unpaid balance reported as loss | | Account #: | |
| Payment Status: | 180 days past due | | Responsibility: | Individual |
| Account Type: | Credit Card, Terms REV | | Account Terms: | Revolving |

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 4 | 5 | 6 | 9 | 9 | | | | | | | |
| 2024 | C | C | C | C | C | C | C | C | C | 1 | 2 | 3 |
| 2023 | | | | | C | C | C | C | C | C | C | C |

| Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| | 1 | 1 | 4 | 2 |

Worst Delinquency:
Worst Delinq Date:
Months Reviewed: 28

