## Case Information

### FIRST NATIONAL BANK OF OMAHA c/o: Douglas L. Brooks, P.C. vs. KEVIN WHITE

25MGC-3077

Location
Forsyth County - Magistrate Court

Case Category
Civil

Case Type
Statement of Claim

Case Filed Date
6/11/2025

Case Status
Open (Active)



EXHIBIT "H"

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | FIRST NATIONAL BANK OF OMAHA c/o: Douglas L. Brooks, P.C. | | DOUGLAS L BROOKS |
| Defendant | KEVIN WHITE | | Pro Se |

## Hearings [1]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 9/4/2025 09:00 AM | Statement of Claim | Chambless, Keisha Martin | Magistrate Courthouse | |

## Events [27]

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 6/11/2025 | Service | | Statement of Claim | - | - |
| 6/11/2025 | Filing | | Case Filed | | No Documents |
| 6/11/2025 | Filing | | E-filed Petition | EFILED PETITION | BBQ 29579 EFILED PETITION.pdf.pdf |
| 7/2/2025 | Filing | | Sheriff Entry of Service - Served | | 25mgc-3077.pdf.pdf |
| 7/2/2025 | Filing | | Sheriff Entry of Service - Served | DUPLICATE | BBQ 29579 ROS.pdf.pdf |
| 7/24/2025 | Filing | | Answer and Counterclaim | Defendant's verified answer, defenses, counterclaim, judicial notice, motion to dismiss, memorandum & affidavits | New ANSWER & Certificate of Service July 24th.pdf.pdf |
| 7/24/2025 | Filing | | Hearing Notice | DEFENDANT'S HEARING NOTICE | 3077 (2).pdf.pdf |
| 7/24/2025 | Filing | | Answer | PLAINTIFF'S ATTORNEY'S COPY OF ANSWER & COUNTERCLAIM | 3077 ANSWER.pdf.pdf |
| 7/24/2025 | Filing | | Hearing Notice | PLAINTIFF'S ATTORNEY'S HEARING NOTICE | 3077 (1).pdf.pdf |
| 7/31/2025 | Filing | | Pleading | COS | BBQ-29579 COS ON MNT FOR CONT.pdf.pdf |
| 7/31/2025 | Filing | | Motion | PLAINTIFFS MTN FOR CONTINUANCE | BBQ-29579 PLAINTIFF'S MTN FOR CONT.pdf.pdf |
| 7/31/2025 | Filing | | Pleading | COS | BBQ-29579 COS AMENDED SUIT.pdf.pdf |
| 7/31/2025 | Filing | | Pleading | AMENDED SUIT | BBQ-29579 AMENDED SUIT .pdf.pdf |
| 7/31/2025 | Filing | | Motion | Accomodation ADA Request | ADA Accomodation Request.pdf.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 7/31/2025 | Filing | | Hearing Notice | PLAINTIFF'S ATTORNEY'S RESET HEARING NOTICE | 25MGC-3077 PLA ATTY.pdf.pdf |
| 7/31/2025 | Filing | | Hearing Notice | DEFENDANT'S RESET HEARING NOTICE | 25MGC-3077 DEF.pdf.pdf |
| 8/4/2025 | Filing | | Motion | Amended Motion For ADA Accomodation | Amended Motion for ADA Accomodation.pdf.pdf |
| 8/4/2025 | Filing | | Motion | Motion to Dismiss | Motion to Dismiss.pdf.pdf |
| 8/4/2025 | Filing | | Motion | Motion to Strike | Motion to Strike.pdf.pdf |
| 8/4/2025 | Filing | | Motion | ADA Accomodation Documents | ADA Accomodation Documents.pdf.pdf |
| 8/4/2025 | Filing | | Motion | Motion to Show Authority | Motion to Show Authority.pdf.pdf |
| 8/4/2025 | Filing | | Motion | 25MGC-3077 | Notice of Procedural Violations.pdf.pdf |
| 8/4/2025 | Filing | | Subpoena | WITNESS SUBPEONA (DOUGLAS BROOKS P.C.) | 3077.pdf.pdf |
| 8/4/2025 | Filing | | Other | Witness Subpoena | Witness Subpoena.pdf.pdf |
| 8/13/2025 | Filing | | Motion | 25MGC-3077 | Order Granting Defendants Motion to Strike Improper Amended Complaint.pdf.pdf |
| 8/13/2025 | Filing | | Motion | 25MGC-3077 | Motion to Strike Improper Amended Complaint.pdf.pdf |
| 9/4/2025 | Hearing | | Statement of Claim | - | - |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.4.5.1358


EMPOWERED BY
TYLER TECHNOLOGIES