

# U.S. District Court

## Georgia Northern - Gainesville

Receipt Date: Aug 25, 2025 4:30PM

Kevin Preston White
5480 Lacebark Pine Ct.
Cumming, GA 30040

Rcpt. No: 200000476                    Trans. Date: Aug 25, 2025 4:30PM                    Cashier ID: #DM (3386)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |

**Comments:** Civil Filing Fee for Case Number 2:25-CV-259 CC Auth Code 025058

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.